ROSS GELFAND
Attorney at Law

**LAW OFFICES OF
ROSS GELFAND, LLC**
1265 MINHINETTE DRIVE SUITE 150
ROSWELL, GEORGIA 30075
(770) 840-8482    FAX (770) 840-8575
(800) 899-4353

WRITER'S EMAIL: rgelfand@rgelfand.net
www.collectionfirm.net

December 8, 2014

ZAHAVA NEZRI
[redacted]

OUR CLIENT: AMERICAN HONDA FINANCE CORPORATION
ACCOUNT NAME: ZAHAVA NEZRI
RG: 14033488
Amt: Principal: $7,603.45    Accrued Interest: $.00    Total Balance: $7,603.45

ZAHAVA NEZRI

This letter is to inform you that since we have had no correspondence with you since our previous communication, we are currently reviewing this matter with our client and considering all available options at this time.

Please be advised that you may conclude this matter and avoid the possible accrual of additional interest by paying the balance above-mentioned no later than ten (10) days from receipt of this correspondence.

You may resolve this account by calling 770-840-8482 or TOLL FREE at 1-800-899-4353.

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION FURTHER OBTAINED WILL BE USED FOR THAT PURPOSE.**

At this time, no attorney with this firm has personally reviewed the particular circumstances of your account. However, if you fail to contact this office, our client may consider any available remedies to recover the balance due.

Although we are a law firm, lawyers may also be debt collectors. At this time we are operating only as a debt collector and not in any legal capacity. Attorneys in this firm are licensed only in Georgia and we do not sue in any other state. Moreover, because we are not acting in any legal capacity at this time, this letter should not be construed as a threat of suit by our client, as no such decision has been made by our client.

Sincerely,

The Law Office of Ross Gelfand, LLC